Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-413-853**

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Halloween Slime |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 12, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Yazel Media LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yazel Media LLC |
| | PO BOX 492, Mentone, IN, 46539, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yazel Media LLC |
| **Name:** | Paisley Yazel |
| **Email:** | spookishdelight@gmail.com |
| **Address:** | PO BOX 492 |
| | Mentone, IN 46539 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 16, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-880

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Spooky Mushroom Hunt |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 04, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Yazel Media LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yazel Media LLC |
| | PO BOX 492, Mentone, IN, 46539, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yazel Media LLC |
| **Name:** | Paisley Yazel |
| **Email:** | spookishdelight@gmail.com |
| **Address:** | PO BOX 492 |
| | Mentone, IN 46539 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 16, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-412-309

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 12, 2024

---

### Title

| | |
|---|---|
| Title of Work: | Watercolor Bats Purple on Black |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | March 20, 2020 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | Yazel Media, LLC, employer of Paisley Yazel |
| Pseudonym: | Paisley Hansen; Spookish Delight; Praying Possum |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Pseudonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Yazel Media LLC |
| | PO BOX 492, Mentone, IN, 46539, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Yazel Media LLC |
| Name: | Paisley Yazel |
| Email: | spookishdelight@gmail.com |
| Address: | PO BOX 492 |
| | Mentone, IN 46539 United States |

### Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-413-868**

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

        **Title of Work:** Shoujo Manga Black

## Completion/Publication

        **Year of Completion:** 2021
    **Date of 1st Publication:** July 20, 2021
  **Nation of 1st Publication:** United States

## Author

                **Author:** Yazel Media LLC
        **Author Created:** 2-D artwork
     **Work made for hire:** Yes

## Copyright Claimant

    **Copyright Claimant:** Yazel Media LLC
                              PO BOX 492, Mentone, IN, 46539, United States

## Rights and Permissions

     **Organization Name:** Yazel Media LLC
                 **Name:** Paisley Yazel
                **Email:** spookishdelight@gmail.com
             **Address:** PO BOX 492
                             Mentone, IN 46539 United States

## Certification

                 **Name:** David Denholm
                  **Date:** July 16, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-413-861**

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

    **Title of Work:** Lavender Slime

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** September 17, 2017
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Yazel Media LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes

## Copyright Claimant

    **Copyright Claimant:** Yazel Media LLC
    PO BOX 492, Mentone, IN, 46539, United States

## Rights and Permissions

    **Organization Name:** Yazel Media LLC
    **Name:** Paisley Yazel
    **Email:** spookishdelight@gmail.com
    **Address:** PO BOX 492
    Mentone, IN 46539 United States

## Certification

    **Name:** David Denholm
    **Date:** July 16, 2024

Page 1 of 2



Case: 1:25-cv-05986 Document #: 1-1 Filed: 05/29/25 Page 11 of 13 PageID #:19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-878

**Effective Date of Registration:**
July 16, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Skull Tartan Plaid in Black |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 30, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yazel Media LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yazel Media LLC<br>PO BOX 492, Mentone, IN, 46539, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yazel Media LLC |
| **Name:** | Paisley Yazel |
| **Email:** | spookishdelight@gmail.com |
| **Address:** | PO BOX 492<br>Mentone, IN 46539 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

